USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 3 0 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

           - v. -

BONIFACIO FLORES-MENDEZ,
       a/k/a "Boni,"
       a/k/a "Mota,"

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

:

:     S14 13 Cr. 31 (KBF)

:     ORDER OF RESTITUTION

:

:

:

:

:

WHEREAS, on or about January 8, 2014, BONIFACIO FLORES-MENDEZ, a/k/a "Boni," a/k/a "Mota," (the "defendant"), was charged in a one-count superseding information S14 13 Cr. 31 (KBF) (the "Information"), with conspiring to engage in sex trafficking by force, fraud, and coercion, from in or about 2005 up to and including in or about April 2013, in violation of Title 18, United States Code, Section 1594;

WHEREAS, on or about January 8, 2014, the defendant pled guilty to Count One the Information, pursuant to a plea agreement with the Government;

WHEREAS, at a sentencing proceeding on May 30, 2014, the defendant was sentenced and ordered to pay restitution, jointly and severally with the other defendant charged in Count One of Indictment S1 13 Cr. 31 (KBF), in the amount of $84,000 to a victim of the sex trafficking offense charged in Count One of Indictment S1 13 Cr. 31 (KBF) and in Count One of Superseding Information S14 13 Cr. 31 (KBF) ("Victim-1"), whose identity and address are set forth in the attached schedule, which is to be filed under seal to protect the privacy and safety of Victim-1, $84,000 representing the full amount of the victim's losses, which includes the unlawful proceeds to the defendants earned through the victimization of Victim-1;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT,

pursuant to 18 U.S.C. § 1593, BONIFACIO FLORES-MENDEZ, a/k/a "Boni," a/k/a "Mota," (the

"defendant"), shall make restitution in the amount of $84,000 to the Clerk, U.S. District Court, for

disbursement in the full amount to Victim-1, whose identity is set forth on the attached schedule,

which shall be filed under seal.

IT IS FURTHER ORDERED that the defendant shall pay restitution while

incarcerated in the amount of 15% of his earnings if engaged in non-UNICOR employment.

However, if the defendant participates in the BOP's UNICOR program as a grade 1 through 4, the

defendant shall pay 50% of his monthly UNICOR earnings toward restitution, consistent with

BOP regulations at 28 C.F.R. § 545.

IT IS FURTHER ORDERED that upon commencement of his supervised release,

the defendant shall pay restitution in monthly installments to be determined by the United States

Probation Office, but in no event shall those payments be less than the greater of either $200 per

month or 10 percent of the defendant's gross monthly income.

IT IS FURTHER ORDERED, consistent with 18 U.S.C. §§ 3771(a)(8) &

3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of

victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may

be retained and used or disclosed by the Government, the Clerk's Office, and the Probation

Department, as need be to effect and enforce this Order, without further order of this Court.

2

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over this matter to

issue such further orders as may be necessary to effect restitution to the victim of the offense in this

case.


SO ORDERED:

Dated:      New York, New York
              May 30, 2014

HONORABLE KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK