UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

-against-

ISAIAS FLORES-MENDEZ, et al.,

                Defendants.
------------------------------------------------------------X

13 Cr. 31-02 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order at Dkt. No. 460 required the Government to file a response to Defendant Bonifacio Flores-Mendez's motion for compassionate release by March 10, 2022, and to email Defendant's BOP medical records to the chambers email address.

WHEREAS, the Government did not file a response and did not email the records. It is hereby

**ORDERED** that as soon as possible and no later than **March 14, 2022, at noon**, the Government shall file its response and email the records.

The Clerk of Court is respectfully directed to mail this Order to the Defendant at Bonifacio Flores Mendez, Reg. Number: 92005-054, USP Hazelton, U.S. PENITENTIARY, P.O. BOX 2000, BRUCETON MILLS, WV 26525.

Dated: March 11, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE