```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                    Plaintiff,              :   13 Cr. 31-02 (LGS)
                                                            :
                -against-                                   :
                                                            :   ORDER
BONIFACIO FLORES-MENDEZ,                                    :
                                    Defendant,              :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant filed a letter dated February 4, 2022, seeking compassionate release or the reduction of his sentence of imprisonment for a total term of life pursuant to 18 U.S.C. § 3582(c)(1)(A).

WHEREAS, Defendant requested the appointment of counsel to help him with his motion.

WHEREAS, "there is no statutory right to counsel under the Criminal Justice Act in connection with a § 3582(c) motion, and . . . the provision of such counsel should rest in the discretion of the district court." *United States v. Cirineo*, 372 F. App'x 178, 179 (2d Cir. 2010) (summary order) (citing *United States v. Reddick*, 53 F.3d 462, 464-65 (2d Cir. 1995)); *accord United States v. Dussard*, No. 16 Crim. 673-2, 2020 WL 6263575, at *3 (S.D.N.Y. Oct. 23, 2020). The merits of a motion for compassionate release are a "significant factor in the exercise of that discretion." *Reddick*, 53 F.3d at 465 n.2; *accord Dussard*, 2020 WL 6263575, at *3.

WHEREAS, the Government filed a response in opposition to Defendant's motion on March 14, 2022.  It is hereby

**ORDERED** that Mr. David Esseks, CJA counsel on duty today, is appointed for the limited purpose drafting and filing a renewed motion for a sentence reduction and/or compassionate release on behalf of Defendant.  It is further

**ORDERED** that by **March 30, 2022**, the parties shall file a joint letter proposing a schedule for briefing the renewed motion.  It is further

**ORDERED** that the current motion for compassionate release is denied without prejudice.

The Clerk of the Court is directed to mail a copy of this Order to the Defendant at Bonifacio Flores Mendez, Reg. Number: 92005-054, USP Hazelton, U.S. PENITENTIARY, P.O. BOX 2000, BRUCETON MILLS, WV 26525, and to close the motion at Dkt. No. 459.

Dated: March 16, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE