UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                            -against-

    BONIFACIO FLORES-MENDEZ,
                                     Defendant,
------------------------------------------------------------ X

13 Cr. 31-02 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that Defendant Bonifacio Flores-Mendez's resentencing hearing shall be held on **January 31, 2023**, at **11:00 a.m.**  Defense counsel shall advise the Court by **November 14, 2022**, whether Defendant should be produced in person for the resentencing hearing or whether Defendant requests that the hearing take place via videoconference.

Dated: October 31, 2022
       New York, New York

                                                       LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE