LAW OFFICES OF

# LONDON & ROBIN

IRA D. LONDON (ret.)
AVROM ROBIN
———————

99 PARK AVENUE
SUITE 2600
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: a.robin@londonrobin.com
avrom@mindspring.com

FILED VIA ECF

January 18, 2023

The Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED.  The resentencing hearing scheduled for
February 7, 2023, is adjourned to **March 13, 2023, at 10:45 A.M.**
The deadline for the Government to file under seal updated
medical records is extended to **March 7, 2023**.

Dated: January 19, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:     United States v. Bonifacio Flores-Mendez
        13-CR-31-02 (LGS)

Dear Judge Schofield:

I write regarding the resentencing hearing of Bonifacio Flores-Mendez, now scheduled for February 7, 2023, by Order of the Court dated January 11, 2023.

Mr. Flores-Mendez has informed me that he wants to attend that hearing in person.

My understanding from regional counsel for the Bureau of Prisons is that it will take some period of time for Mr. Flores-Mendez to be transported from U.S.P. Hazelton in West Virginia to M.D.C. in Brooklyn, so that he can be produced in Court for the resentencing hearing, considerably beyond the present February 7th hearing date.

Additionally, both A.U.S.A. William Kinder and undersigned counsel have trials scheduled during the last two weeks of February.

Our joint request is that the resentencing hearing be rescheduled for the week of March 13, 2023, to allow sufficient time for Mr. Flores-Mendez to be writted in for the hearing.

Respectfully submitted,

AVROM ROBIN

Copy via ECF and email:     A.U.S.A. William Kinder